AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

EVE FREED,

      Plaintiff,

V.

TAHOE FOREST HOSPITAL DISTRICT,
a Nevada general improvement district,

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00035-BES-RAM**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#36) is GRANTED; Judgment is entered in favor of Defendant Tahoe Forest Hospital District and against Plaintiff Eve Freed.


  March 21, 2008                                            **LANCE S. WILSON**
                                                                                  Clerk

                                                                             /s/ Daniel R. Morgan
                                                                               Deputy Clerk